IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOHN S. WILLIS, JR.,**

    **Plaintiff,**

v.                                         **CASE NO. 5:12-cv-64-RS-CJK**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The applications for disability insurance benefits and supplemental security income are **REVERSED**.

3. The Commissioner shall grant Plaintiff's application for benefits.

4. The clerk is directed to close the file.

**ORDERED** on December 27, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**