IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN S. WILLIS, JR.,
    Plaintiff,

vs.                                            CASE NO.: 5:12cv64/RS/CJK

MICHAEL J. ASTRUE
Commissioner of Social Security,
    Defendant.
_____

## REPORT AND RECOMMENDATION

I have previously entered a Report and Recommendation reversing the decision of the ALJ and awarding benefits to the claimant. (Doc. 16). The Report and Recommendation was adopted by District Judge Smoak. (Doc. 17). Plaintiff Willis has now filed a consent motion for attorney fees (doc. 19), and has notified the court that the Commissioner does not oppose the motion. (Doc. 19, pp. 3-4). Plaintiff requests that counsel be compensated at an hourly rate of $183.75 for 22.5 total hours of work in the instant matter. (Doc. 19, p. 3). The court concludes that the award of attorney's fees is justified under the Equal Access to Justice Act ("EAJA"), in light of the Commissioner's agreement.

Accordingly, it is respectfully RECOMMENDED:

That the application for attorney's fees under the Equal Access to Justice Act (doc. 19) be GRANTED in the amount of $4,134.38, to be paid by defendant

Commissioner within a reasonable time of this order. The Commissioner shall send such payment, to plaintiff counsel's office address.

At Pensacola, Florida, this 16th day of January, 2013.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).