IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN S. WILLIS, JR.,

      **Plaintiff,**

v.                                           **CASE NO. 5:12-cv-64-RS-CJK**

MICHAEL J. ASTRUE
Commissioner of Social Security,

      **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 20), which recommends that a consent motion for attorneys fees (Doc. 19) be granted. Defendant has filed a response to the consent motion (Doc. 21) which suggests that the amount of attorneys' fees awarded in this action may be subject to offset to satisfy a pre-existing debt that Plaintiff owes to the United States.

**IT IS ORDERED:**

    1.     The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.     Plaintiff's Unopposed Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. 19) is **GRANTED** in the amount of $4,134.38.

3. Defendant shall send the payment, less any amount subject to offset, to Plaintiff at Plaintiff's counsel's address.

**ORDERED** on February 15, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**